IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

GERALD MOTLEY, )
)
    Petitioner, )
) No. CIV 10-080-TUC-CKJ (JR)
vs. )
)
CONRAD GRABER, ) **ORDER**
)
    Respondent. )
)

On February 12, 2013, Magistrate Judge Jacqueline M. Rateau issued a Report and Recommendation (Doc. 15) in which she recommended the Court dismiss with prejudice the Petition for Writ of Habeas Corpus (Doc. 1). The Report and Recommendation advised the parties that, pursuant Fed.R.Civ.P. 72(b)(2), any party may serve and file written objections within fourteen (14) days after being served with a copy of the Report and Recommendation. No objections have been filed within the time provided by 28 U.S.C. § 636(b)(1). After an independent review, the Court finds it is appropriate to adopt the Report and Recommendation and dismiss the Petition for Writ of Habeas Corpus.

Accordingly, IT IS ORDERED:

1. The Report and Recommendation (Doc. 15) is ADOPTED.

2. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DISMISSED WITH PREJUDICE.

3. The Clerk of the Court shall enter judgment and shall then close its file in this matter.

1      4. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, in the event
2 Petitioner files an appeal, the Court declines to issue a certificate of appealability because
3 reasonable could not "debate whether (or, for that matter, agree that) the petition should have
4 been resolved in a different manner or that the issues presented were 'adequate to deserve
5 encouragement to proceed further'." *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see*
6 *also Close v. Thomas*, 653 F.3d 970, 974 n. 2 (9th Cir. 2011) ("COA is not required to appeal
7 the denial of a § 2241 petition filed by a person in federal custody").

    DATED this 22nd day of March, 2013.

_____
Cindy K. Jorgenson
United States District Judge